# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03249-MSK-KMT

DUSTIN SIMS,

Plaintiff,

v.

JOSHUA HAMMACK,

Defendant.

## ORDER RE: MOTION FOR LEAVE TO DEPOSE PRISONER PLAINTIFF

THIS MATTER having come before the Court on Defendant's Motion for Leave to Depose Prisoner Plaintiff (doc. no. 61, filed May 23, 2013), and the Court being fully advised in this matter, HEREBY ORDERS that the motion is granted. Defendant may take the deposition of Plaintiff Sims.

DATED: May 28, 2013

BY THE COURT:

United States Magistrate Judge